NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUSHUN DEVON ROBINSON,           )
                                 )
          Appellant,             )
                                 )
v.                               )        Case No. 2D18-2541
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____ )

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.


PER CURIAM.


        Affirmed.  See Strickland v. State, 437 So. 2d 150 (Fla. 1983); State v.

Richards, 639 So. 2d 680 (Fla. 2d DCA 1994); State v. Gray, 633 So. 2d 105 (Fla. 2d

DCA 1994); Minor v. State, 707 So. 2d 1184 (Fla. 3d DCA 1998).


KHOUZAM, MORRIS, and LUCAS, JJ., Concur.